

## BERWISH LAW
PHILIP R. BERWISH, ESQ.

| | |
|---|---|
| 112 West 34th Street - 18th Floor<br>New York, New York 10120 | Telephone:   800 - 547 – 8717<br>Facsimile:    888 - 743 – 4723 |
| 8 Faneuil Hall Marketplace – 3rd Fl.<br>Boston, Massachusetts  02109 | E-mail: berwish@gmail.com |
| 41 University Drive - Suite 400<br>Newtown, PA 18940 | |

March 4, 2019                                                                 *VIA NEXT DAY MAIL & VIA ECF*

The Honorable Stephen V. Wilson,
         U.S. District Judge
United States District Courthouse
First Street Courthouse,
350 W. 1st Street - Courtroom 10A - 10th Floor,
Los Angeles, California 90012

RE:   **NOAH BANK, ET. AL. vs. SUNDAY JOURNAL USA CORPORATION, et. al.
Civil Action No. 2:19-cv-00429-SVW-MRW**

**REQUEST TO APPEAR BY TELEPHONE FOR
THE SCHEDULED MARCH 11, 2019 STATUS CONFERENCE**

Dear Judge Wilson:

I write to request leave to appear by telephone for the March 11, 2019 Status Conference scheduled for 3 p.m. Local counsel, attorney S. Calvin Myung, will be able to attend in person.

Undersigned counsel is based on the east coast and appearing for the Status Conference will be a hardship, in this instance. I am prepared and plan to appear for future conferences, hearings, motions and/or trial, when an appearance by telephone would not be appropriate and not otherwise permitted by the court.

I am happy to call in to the court, if that is the preferred method. Otherwise, if it is helpful, the court and the parties are welcome to use the following conference call number, which can handle all participants, and allow everyone to be heard:

Dial - (213) 493-0800
Enter Access Code - 727529#

Counsel for the parties have scheduled a telephone conference for Wednesday, March 6, at 1 p.m., in order to comply with their obligation to "meet and confer" in advance of the Status Conference.

To the extent this letter constitutes an *ex parte* request, by this letter and in accordance with the Local Rules, I have advised opposing counsel that opposing papers must be filed not later than 3:00 p.m. on the first business day succeeding the day the ex parte was served. If counsel are not going to oppose an ex parte application, they must inform the clerk at 213-894-2881.

Respectfully,

Philip R. Berwish
*Counsel for the Defendants*


cc: S. Calvin Myung, Esq.    (Via ecf)
    David A. Cohen, Esq.    (Via ecf)
    Robert J. Basil, Esq.    (Via ecf)