# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Noah Bank et al,<br><br>PLAINTIFF(S)<br>v.<br>Sunday Journal USA Corporation et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-00429-SVW-MRW<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 3/4/2019 | 54 | EX PARTE APPLICATION |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

  The document is stricken.

Clerk, U.S. District Court

Dated: March 6, 2019         By: _/s/ Stephen K. Hilson_
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge