Philip R. Berwish, Esq.
Berwish Law
112 West 34th Street - 18th Floor
New York, NY 10120
800 547 8717
berwish@gmail.com

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NOAH BANK, and EDWARD SHIN )
)   Civil Action No.
)   2:19-cv-00429-SVW-MRW
)
Plaintiffs )
vs. )
)
SUNDAY JOURNAL USA CORPORATION, and )
Y & L MEDIA, INC. )
)
Defendants )

### MOTION FOR LEAVE TO APPEAR AT CONFERENCE BY TELEPHONE

Now comes Philip R. Berwish, Esq., counsel for the Defendants, Sunday Journal USA Corporation and Y & L Media, Inc. (SUNDAY JOURNAL and Y&L, respectively), and moves this Honorable Court for leave to appear by telephone for the Monday, March 11, 2019 Status Conference, scheduled for 3 p.m..

Today, undersigned counsel communicated his intention to file this motion to Plaintiff's counsel, David A Cohen, via e-mail. Attorney Cohen responded by email, indicating he will *not* oppose the instant motion.

Undersigned counsel is based on the east coast and appearing in person for the Status Conference on Monday, March 11, 2019 will be a hardship. I am still recovering from surgery which took place at Penn Medicine - Princeton University Hospital on January 31, 2019 and for which I was discharged from the hospital on February 1, 2019. The approximately twelve (12+)

hours sitting in an airplane is difficult due to the not yet fully healed sites of deep incisions in the area of the abdomen. In addition, I am scheduled to make a five hour trip (by Amtrak to avoid the limitation of movement when traveling by air), to appear in Boston Superior Court - Business Litigation Section, on March 14, 2019. The lengthy 12+ hour round trip to Los Angeles will be a hardship until I am fully healed.

It is my understanding that Defendants' local counsel, attorney S. Calvin Myung, is able to attend in person.

I am prepared and plan to appear for future conferences, hearings, motions and/or trial, when an appearance by telephone would not be appropriate and not otherwise permitted by the court.

I am happy to call in to the court, if that is the preferred method. Alternatively, if it is helpful, the court and counsel are welcome to use the following conference call number which can handle all participants, and allow everyone to be heard:

```
Dial         -    641-715-3395
Access Code  - 727529#
```

Counsel for the parties used the above number for their conference and to "meet and confer" in advance of the Status Conference.

The Plaintiffs will not be prejudiced by allowing undersigned counsel to appear by telephone. To the extent attorney David A. Cohen also sought leave to appear by telephone in his opposition filed to my earlier request (stricken by the court), undersigned counsel has no objection.

Undersigned counsel submits that appearing by telephone will not affect the Status Conference adversely and leave to appear telephonically should be allowed.

**WHEREFORE**: Philip R. Berwish, Esq., counsel for the Defendants in the above entitled action moves this Honorable Court for leave to appear by telephone for the Status Conference scheduled for Monday, March 11, 2019, at 3 p.m., together with such other relief as the court deems just and proper.

DATE: March 7, 2019

Respectfully submitted by,
*Counsel for the Defendants*

_____
Philip R. Berwish, Esq.
Berwish Law
112 West 34th Street - 18th Floor
New York, NY 10120
Tel: 800 547 8717
Fax: 888 743 4723
Berwish@gmail.com

Local Counsel:
_____/ s /_____
S. Calvin Myung, Esq.
Law Offices of S. Calvin Myung
3700 Wilshire Blvd. - Suite 500
Los Angeles, CA 90010
Tel: 213-382-3600
Scalvinmyunglaw@gmail.com