# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BANK and EDWARD SHIN <br><br> v. <br> Plaintiff(s) <br><br> SUNDAY JOURNAL USA CORPORATION and Y&L MEDIA, INC. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:19-cv-00429-SVW-MRW <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Basil, Robert J
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

The Basil Law Group, P.C.
1270 Broadway, Suite 305
New York, NY 10001
*Firm/Agency Name & Address*

917-512-3066     831-536-1075
*Telephone Number*     *Fax Number*

robertjbasil@rjbasil.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Noah Bank; Edward Shin

*Name(s) of Party(ies) Represented*     [X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

and designating as Local Counsel

Landreth, Elliot T.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

InHouse Co. Law Firm
7700 Irvine Center Drive
Suite 800
Irvine, CA 92618
*Firm/Agency Name & Address*

314884     949-250-1555     714-882-7770
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

ELLIOT@inhouseco.com
*E-Mail Address*

HEREBY ORDERS THAT the Application be:

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded. [ ] not be refunded.

Dated   March 6, 2019

*/s/ Stephen V. Wilson*
STEPHEN V. WILSON, U.S. District Judge