UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-00429-SVW-MRW | Date | March 11, 2019 |
|---|---|---|---|
| Title | Noah Bank et al v. Sunday Journal USA Corporation et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David A Cohen | Philip R Berwish |
| | S. Calvin Myung |

**Proceedings:**     NEW CASE STATUS CONFERENCE

Status conference held. The Court sets the following dates:

Filing of Anti-Slapp Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 25, 2019
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 1, 2019
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 8, 2019

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 22, 2019 at 1:30 p.m.

|  | : | 21 |
|---|---|---|
|  | Initials of Preparer | PMC |