1  Philip R. Berwish, Esq. (Admitted *pro hac vice*)
2  Berwish Law
3  112 West 34th Street - 18th Floor
4  New York, NY 10120
5  Tel:  800 547 8717
6  Fax: 888 743 4723
7
8  S. Calvin Myung, Esq.
9  LAW OFFICES OF S. CALVIN MYUNG
10 3700 Wilshire Boulevard, Suite 500, Los Angeles, California 90010
11 Tel: (213) 382-3600
12 *Attorneys for the Defendants*

13           UNITED STATES DISTRICT COURT
14           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BANK, and | Civil Action No. |
| EDWARD SHIN | 2:19-cv-00429-SVW-MRW |
| a/k/a EUNG SOO SHIN | |
| | ***ERRATA SHEET*** re: |
| Plaintiffs | **MEMORANDUM IN SUPPORT** |
| vs. | **OF DEFENDANTS' ANTI-SLAPP** |
| | **MOTION TO STRIKE** |
| SUNDAY JOURNAL USA CORPORATION, and | **PLAINTIFFS' SECOND** |
| Y & L MEDIA, INC. | **AMENDED COMPLAINT** |
| | |
| | |
| Defendants | |

1    Now come the Defendants' Sunday Journal USA Corporation and Y&L Media, Inc.
2    ("SUNDAY JOURNAL" and Y&L", respectively), via counsel, and submit the instant
3    *Errata Sheet* to the <u>Memorandum In Support of Defendants' Anti-SLAPP MotionTo Strike
4    Plaintiffs' Second Amended Complaint</u> ("Memorandum").

6    Then following are corrections to the Memorandum:

8    1]   Memorandum, page 4, line11 (Doc 63-1, p. 10 of 112)
9         Memorandum states "The date of SHIN's meeting and injuries was April 27, 2017, and
10        the loan documents were prepared April 28, 2017 (see EXHIBIT "H")

12        The correct date of the meeting and injuries is April 21, 2017.

14   DATE: March 28, 2019                    *[signature]*
15                                           Philip R. Berwish, Esq.
16                                           Berwish Law
17                                           112 West 34th Street - 18th Floor
18                                           New York, NY 10120
19                                           Tel: 800 547 8717 / Fax: 888 743 4723
20                                           berwish@gmail.com