

# BERWISH LAW
PHILIP R. BERWISH, ESQ.

112 West 34th Street - 18th Floor  
New York, New York 10120

8 Faneuil Hall Marketplace – 3rd Fl.  
Boston, Massachusetts 02109

Telephone:   800 - 547 – 8717  
Facsimile:   888 - 743 – 4723

E-mail: berwish@gmail.com

March 29, 2019

The Honorable Stephen V. Wilson,  
       U.S. District Judge  
United States District Courthouse  
First Street Courthouse,  
350 W. 1st Street - Courtroom 10A - 10th Floor,  
Los Angeles, California 90012

**RE:**  **NOAH BANK, ET. AL. vs. SUNDAY JOURNAL USA CORPORATION, et. al.**  
     **Civil Action No. 2:19-cv-00429-SVW-MRW**

**Request Adjournment of 4/22/19 Oral Argument To 4/29/19 For Medical Reasons**

Dear Judge Wilson:

I write to request a one week adjournment of the oral argument on Defendants' Anti-SLAPP motion, presently scheduled for Monday, April 22, 2019, to Monday, April 29, 2019 (or such other date as may be assigned by the court).

Undersigned counsel is scheduled for rotator cuff surgery at Penn Medicine - Princeton University Hospital, by Dr. Frederick S. Song of Princeton Orthopaedic Associates on April 15, 2019 and has been advised he should not fly for a period of two weeks after surgery as flying increases the risk of blood clots.

Defendants' contend Plaintiffs' will not be prejudiced by the brief delay.

Respectfully,

Philip R. Berwish  
*Counsel for the Defendants*

cc:    David A. Cohen, Esq.  (via ecf)  
        Robert J. Basil, Esq.   (via ecf)