# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Noah Bank et al,<br><br>PLAINTIFF(S)<br>v.<br>Sunday Journal USA Corporation et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-00429-SVW-MRW<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 03/29/2019 | 65 | First EX PARTE APPLICATION |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☒ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

    L.R. 83-25  Communications with the Judge
    Refer to New Case Order (Dkt 44), pg 3, para. 7, and pg 4, para. 8

Clerk, U.S. District Court

Dated: April 3, 2019

By: *PMCruz*
Paul M. Cruz, Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge