| | |
|---|---|
| 1 | Philip R. Berwish, Esq. (Admitted *pro hac vice*) |
| 2 | Berwish Law |
| 3 | 112 West 34th Street - 18th Floor |
| 4 | New York, NY 10120 |
| 5 | Tel:   800 547 8717 |
| 6 | Fax: 888 743 4723 |
| 7 | |
| 8 | S. Calvin Myung, Esq. |
| 9 | LAW OFFICES OF S. CALVIN MYUNG |
| 10 | 3700 Wilshire Boulevard, Suite 500, Los Angeles, California 90010 |
| 11 | Tel: (213) 382-3600 |
| 12 | *Attorneys for the Defendants* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOAH BANK, and | ) | Civil Action No. |
| EDWARD SHIN | ) | 2:19-cv-00429-SVW-MRW |
| a/k/a EUNG SOO SHIN | ) | **FIRST** |
| | ) | **JOINT STIPULATION TO** |
| Plaintiffs | ) | **EXTEND ORAL ARGUMENT** |
| vs. | ) | **ON DEFENDANTS'** |
| | ) | **ANTI-SLAPP MOTION** |
| SUNDAY JOURNAL USA CORPORATION, and | ) | **FROM APRIL 22, 2019 TO** |
| Y & L MEDIA, INC. | ) | **APRIL 29, 2019** |
| | ) | |
| | ) | Hon. Stephen V. Wilson |
| Defendants | ) | |

1    The parties to this action, acting through counsel, stipulate and agree that the oral
2 argument on Defendants' <u>Special Anti-SLAPP Motion To Strike Plaintiffs' Second Amended
3 Complaint, Pursuant to C.C.P. § 425.16</u>, presently scheduled for Monday, April 22, 2019, at 1:30
4 p.m., may be adjourned to Monday, April 29, 2019, at 1:30 p.m.

5    In support hereof, undersigned counsel for the Defendants' represents he is scheduled for
6 rotator cuff surgery on April 15, 2019, and has been advised he should not fly for a period of two
7 weeks due to an increased risk of blood clots.

8    In further support hereof, the parties reference the <u>Declaration of Philip R. Berwish</u>, filed
9 separately herewith.

10    No change in the briefing schedule is requested or contemplated.

11    NOW, THEREFORE, by and through their respective counsel of record, the Parties
12 hereby stipulate and agree, subject to approval by the Court, that oral argument presently
13 scheduled for April 22, 2019 is and shall be adjourned to April 29, 2019 at 1:30 p.m..

14    IT IS SO STIPULATED.

15

16 DATED:  April 3, 2019            David A. Cohen, Esq.
17                                  The Basil Law Group, PC
18                                  1270 Broadway - Suite 305
19                                  New York, NY 10001
20                                  *Counsel for the Plaintiffs*
21                                  _____
22 DATED:  April 3, 2019            Philip R. Berwish, Esq.
23                                  Berwish Law
24                                  112 West 34th Street - 18th Floor
25                                  New York, NY 10120
26                                  *Counsel for the Defendants*
27
28                        Page 2 of 2