UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BANK, and<br>EDWARD SHIN<br>a/k/a EUNG SOO SHIN<br><br>    Plaintiffs<br>vs.<br><br>SUNDAY JOURNAL USA CORPORATION, and<br>Y & L MEDIA, INC.<br><br>    Defendants | Civil Action No.<br>2:19-cv-00429-SVW-MRW<br><br>[PROPOSED] ORDER |

AND NOW, this _____ day of April, 2019, upon consideration of <u>First Joint Stipulation To Extend Oral Argument On Defendants' Special Anti-SLAPP Motion From April 22, 2019 To April 29, 2019</u>, and for the for the reasons set forth in the <u>Declaration of Philip R. Berwish</u> this Court concludes that it should approve and allow the First Stipulation, and therefore, it is hereby

ORDERED, ADJUDGED and DECREED:

Oral Argument On Defendants' Special Anti-SLAPP Motion From April 22, 2019 To April 29, 2019 (at 1:30 p.m.) is ALLOWED.

Dated:  April 4, 2019

                 _____
                 United States District Judge
                 STEPHEN V. WILSON