David A. Cohen, Esq. (Admitted *pro hac vice*)
Robert J. Basil, Esq. (Admitted *pro hac vice*)
The Basil Law Group, P.C
1270 Broadway, Suite 305
New York, NY 10001
Telephone: 917-512-3066
davidacohen@rjbasil.com
robertjbasil@rjbasil.com

Alexander Chen, Esq. (SBN 245798)
Elliot Landreth, Esq. (SBN 314884)
InHouse Co. Law Firm
7700 Irvine Center Drive, Suite 800
Irvine, CA  92618
Telephone: 949-250-1555
alex@inhouseco.com
elliot@inhouseco.com
*Attorneys for Plaintiffs Noah Bank
And Edward Shin, a/k/a Eungsoo Shin*

**UNITED STATES DISTRICT COURT**
**CENTRAL DIVISION OF CALIFORNIA**

| | |
|---|---|
| NOAH BANK and EDWARD SHIN, a/k/a EUNGSOO SHIN,<br><br>            Plaintiffs,<br><br>vs.<br><br>SUNDAY JOURNAL USA CORPORATION, AND Y&L MEDIA, INC.<br><br>            Defendants. | Case No.: 2:19-cv-00429-SVW-MRW<br><br>Assigned to: Hon. Stephen V. Wilson United States District Judge<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)**<br><br>Courtroom 10A |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAK NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Noah Bank and Edward Shin a/k/a Eungsoo Shin, and Defendants Sunday Journal USA Corporation and Y&L Media, Inc. (collectively "the Parties") submit this stipulation of voluntary dismissal with prejudice.

The Parties stipulate to dismiss all claims in the above-captioned action, in their entirety, with prejudice. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

SO STIPULATED

DATED: May 20, 2019

        David A. Cohen
        Robert J. Basil
        The Basil Law Group.

        By: /s/ David A. Cohen
            David A. Cohen
            Attorneys for Plaintiffs

DATED: May 20, 2019

        S. Calvin Myung
        Law Offices of S. Calvin Myung

        By: /s/ S. Calvin Myung
            S. Calvin Myung
            Attorneys for Defendants

### Attestation Regarding Signatures

I, David A. Cohen, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 20, 2019

        By: /s/ David A. Cohen
            David A. Cohen