David A. Cohen, Esq. (Admitted *pro hac vice*)
Robert J. Basil, Esq. (Admitted *pro hac vice*)
The Basil Law Group, P.C
1270 Broadway, Suite 305
New York, NY 10001
Telephone: 917-512-3066
davidacohen@rjbasil.com
robertjbasil@rjbasil.com

Alexander Chen, Esq. (SBN 245798)
Elliot Landreth, Esq. (SBN 314884)
InHouse Co. Law Firm
7700 Irvine Center Drive, Suite 800
Irvine, CA  92618
Telephone: 949-250-1555
alex@inhouseco.com
elliot@inhouseco.com
*Attorneys for Plaintiffs Noah Bank
And Edward Shin, a/k/a Eungsoo Shin*

**UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF CALIFORNIA**

| | |
|---|---|
| NOAH BANK and EDWARD SHIN, a/k/a EUNGSOO SHIN,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNDAY JOURNAL USA CORPORATION, AND Y&L MEDIA, INC.<br><br>Defendants. | Case No.: 2:19-cv-00429-SVW-MRW<br><br>Assigned to: Hon. Stephen V. Wilson<br>United States District Judge<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)**<br><br>Courtroom 10A |

On May 20, 2019, plaintiffs Noah Bank and Edward Shin, a/k/a Eungsoo Shin, along with defendants Sunday Journal USA Corporation and Y&L Media, Inc. entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned case is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own costs and attorneys' fees.

Dated: May __, 2019

STEPHEN V. WILSON
United States District Judge
Central District of California