JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DIVISION OF CALIFORNIA**

| | |
|---|---|
| NOAH BANK and EDWARD SHIN, a/k/a EUNGSOO SHIN,<br><br>            Plaintiffs,<br><br>vs.<br><br>SUNDAY JOURNAL USA CORPORATION, AND Y&L MEDIA, INC.<br><br>            Defendants. | Case No.: 2:19-cv-00429-SVW-MRW<br><br>Assigned to: Hon. Stephen V. Wilson<br>United States District Judge<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)**<br><br>Courtroom 10A |

On May 20, 2019, plaintiffs Noah Bank and Edward Shin, a/k/a Eungsoo Shin, along with defendants Sunday Journal USA Corporation and Y&L Media, Inc. entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned case is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own costs and attorneys' fees.

Dated: July 3, 2019

*[signature]*

STEPHEN V. WILSON
United States District Judge
Central District of California